**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

09 FEB -4 PM 4: 52

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

·BY·                        DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR4179-JAH |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| JOEL BUCIO-MARAVILLA, | |
| Defendant. | |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice.

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

____   of the offense(s) of:

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: February 2, 2009

John A. Houston
UNITED STATES DISTRICT JUDGE

ENTERED ON _____